**Dardrie ROZZELLE, Plaintiff–Appellant,**

v.

**UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE; Banita Brown; Alison Walsh; Maria Delgadillo; Allison Stedman, Defendants–Appellees.**

**No. 15–1458.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 29, 2015.

Dardrie Rozzelle, Appellant Pro Se. Melissa Lou Trippe, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dardrie Rozzelle seeks to appeal the magistrate judge's report recommending dismissal of her civil complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Rozzelle seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*